**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jerome E. WILLIAMS, Defendant–**
**Appellant.**

**No. 11–16081**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Jan. 10, 2013.

Peggy Morris Ronca, Daniel W. Eckhart, Tanya Davis Wilson, U.S. Attorney's Office, Orlando, FL, Robert E. O'Neill, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Rosemary Cakmis, Benjamin Daniel Singerman, Donna Lee Elm, Federal Public Defender's Office, Jerome E. Williams, c/o Donald Williams, Orlando, FL, Adeel Bashir, Federal Public Defender's Office, Tampa, FL, for Defendant–Appellant.

Before MARCUS, PRYOR and KRAVITCH, Circuit Judges.

PER CURIAM:

Rosemary Cakmis, appointed counsel for Jerome E. Williams in this appeal from the partial grant of Williams's motion for a sentence reduction, 18 U.S.C. § 3582(c)(2), has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district court's partial grant of Williams's § 3582(c)(2) motion is **AFFIRMED**.